IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00005-MP

LESTER CARTER,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 226, Motion to Terminate Supervised Release filed by Lester Carter. Defendant has completed approximately nineteen out of his thirty-six month supervised release period, and now requests that he be excused from the remainder of his supervised release period. After considering the matter, defendant's request is hereby denied.

**DONE AND ORDERED** this __11th__ day of April, 2006

       *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge